IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES R. WILLIAMS and** | : | |
| **NATALIE F. WILLIAMS,** | : | |
| Plaintiffs, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 22-4036** |
| | : | |
| **JEANNE SORG et al.,** | : | |
| Defendants. | : | |

## ORDER

This 13th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motions to Dismiss, ECF 10 and 11, are **GRANTED**.

2. Plaintiffs' claims against Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper"), MBNA America Delaware NA ("MBNA") and Jeanne Sorg in Count Three, and Plaintiff's claims against Mr. Cooper and MBNA in Count Five, are **DISMISSED without prejudice**.

3. Plaintiffs' remaining claims against Mr. Cooper, MBNA, and Jeanne Sorg are **DISMISSED with prejudice.**

4. If Plaintiffs seek to amend as to any claim not dismissed with prejudice, they must file their amended complaint within 20 days of this Order.

    /s/ Gerald Austin McHugh
United States District Judge